**Opinion issued September 25, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00322-CV

————————————

## SCOTT MORGAN, Appellant

## V.

## AMEGY BANK NATIONAL ASSOCIATION, Appellee

On Appeal from the 189th District Court
Harris County, Texas
Trial Court Case No. 2010-51109

## MEMORANDUM OPINION

The parties have filed an agreed motion to vacate the district court judgment and dismiss the appeal with prejudice. They represent that they have reached an agreement to settle this matter and request that we grant their motion pursuant to Texas Rule of Appellate Procedure 43.2(e). *See* TEX. R. APP. P. 43.2(e).

Accordingly, we grant the motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See Jester Venture Ltd. v. Nash*, No. 01-06-00512-CV, 2006 WL 20042358 (Tex. App.—Houston [1st Dist.] July 17, 2006, no pet.) (mem. op.) (vacating trial court judgment and dismissing case upon agreed motion of parties); *see also* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(e).

Appellant shall pay all costs incurred by reason of this appeal. TEX. R. APP. P. 42.1(d).

We dismiss all pending motions as moot.


**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.